# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS BARNDT,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | **NO. 15-2729** |
| **MICHAEL WENEROWICZ, et al.,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

**AND NOW**, this _8_ day of November, 2016, upon consideration of Defendants' Motion for Summary Judgment (Doc. 46) and Plaintiff's Response in Opposition (Doc. 49), **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion is **GRANTED** and **JUDGMENT** is **ENTERED** in favor of Defendants and against Plaintiff.[1]

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark this matter as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated November _8_, 2016.